**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OSCAR CHALI JACOBO, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-cv-01210-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| FIELD OFFICE DIRECTOR, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

Petitioner is an immigration detainee at the Moshannon Valley Processing Center[1] in

Phillipsburg, Pennsylvania.  His alleged entry date into the United States was June 2019.

Petitioner was placed into immigration detention on or around June 10, 2026.  There is no

indication that Petitioner has any criminal convictions.

Petitioner alleges that he is subject to discretionary detention under 8 U.S.C. § 1226(a),

not mandatory detention under § 1225(b)(2).  Respondents oppose relief, relying on decisions by

the Courts of Appeals for the Fifth and Eighth Circuits.  The Court has considered and rejected

Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the

Second, Sixth and Eleventh Circuits in holding that mandatory detention applies only to

noncitizens apprehended upon entry into the country or shortly thereafter.  *See, e.g.,* <u>Tejeda Perez</u>

<u>v. Oddo</u>, No. 3:26-cv-00745 at Doc. 8 (May 28, 2026).

---

[1] The ICE Online Detainee Locator Service, https://locator.ice.gov/odls/#/search, indicates that Petitioner currently is detained at Pine Prairie Ice Processing Center in Pine Prairie, Louisiana.  Transfer outside this district, however, does not deprive the Court of jurisdiction over the Petition.  <u>See</u> <u>Khalil v. President, United States</u>, 164 F. 4th 259, 269-71, 273 (3d Cir. 2026) (holding that habeas jurisdiction remains with the district of the detainee's confinement at the time of filing, regardless of subsequent transfer of the detainee out of the district or amendment of the petition).

Consistent with the foregoing, the Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**, to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release him, on or before **August 21, 2026**.  The petition is **DENIED** to the extent it requests any additional relief, without prejudice to renewal as appropriate.

IT IS SO ORDERED.

July 22, 2026                                          s/Cathy Bissoon
                                                       Cathy Bissoon
                                                       Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

2